UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DECTOR ANDRES BRENES CANALES,

          Petitioner,

v.                         Case No. 2:26-cv-1307-JES-DNF

WARDEN, FLORIDA SOFT SIDE SOUTH;
FIELD OFFICE DIRECTOR, et al.,

          Respondents.

_____

## ORDER

This matter comes before the Court on Petitioner's *pro se* Voluntary Motion to Dismiss Without Prejudice (Doc. 12) seeking to dismiss the case without prejudice because Brenes Canales states that he has been transferred to California and is no longer in custody in this judicial district.

Petitioner was in this judicial district at the time of the filing and "when the Government moves a habeas petitioner after []he properly files a petition naming [his] immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release." Rumsfeld v. Padilla, 542 U.S. 426, 441 (2004). However, petitioner may voluntarily dismiss is case and pursue his case in a forum more convenient to him.

Accordingly, it is hereby **ORDERED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the case is

dismissed without prejudice.    The Clerk shall terminate all deadlines and close the case.

**DONE AND ORDERED** at Fort Myers, Florida on May 4, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2